WO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Edward G. Lesofski,<br>           Plaintiff,<br>v.<br>Jarrod Lash, et al.,<br>           Defendants. | CV 11-840 TUC DCB<br><br>**ORDER** |

On September 25, 2013, the Court directed the Plaintiff to show cause why this case should not be dismissed for failure to prosecute it and for failing to comply with the Court's directives and federal rules regarding discovery. Although somewhat late, the Plaintiff did provide a letter to the Court from his treating physician, which confirms his medical diagnosis and treatment. His doctor explains that the future course of treatment will depend on the outcome of current testing. The letter does not address the time frames for treatment or claim that Plaintiff will be unable to prosecute his case, except that currently he is taking medication that is known to cause cognitive disruption, memory loss, and hyper-somnolence. All of these side effects are being reported by the Plaintiff. The doctor also explains that medical testing is being done through the Veterans Administration Medical Center, which is experiencing some access issues for its clients.

Plaintiffs counsel, however, informs the Court that they anticipate being able to provide responses to Defendants' discovery requests by October 25, 2013, and to Requests for Admissions and Interrogatories by November 1, 2013. The Court will grant Plaintiff one more extension of time to complete discovery. Any further extension will depend on a clear

showing of how and why his medical condition has precluded compliance with the new deadlines being set by the Court and an estimate of how long any continued delay will last.

**Accordingly,**

**IT IS ORDERED** that Plaintiff's Request for Extension of Time (Doc. 133) is GRANTED, and the case management deadlines in this case are reset as follows: 1) discovery shall be completed by November 30, 2013; 2) dispositive motions shall be filed by December 31, 2013, the Pretrial Order shall be filed by January 31, 2014, or if dispositive motions are filed, the Pretrial Order shall be filed 30 days after the Court rules, if the case is not dismissed by the motion.  *See* Order (Doc. 46) (including form for Pretrial Order.)

**IT IS FURTHER ORDERED** that the Discovery Update (Doc. 138) filed by Plaintiff shall be sealed by the Clerk of the Court.

**IT IS FURTHER ORDERED** that the Plaintiff shall comply with the October 25 and November 1 deadlines for disclosing the past due discovery.

**IT IS FURTHER ORDERED** that Plaintiff's deposition shall be taken in Montana via video or telephonically, according to Defendant's choice, and alternatively may be conducted in person if Plaintiff chooses to travel to Tucson; the deposition shall be completed by November 13, 14, or 15, 2013.

DATED this 31st day of October, 2013.

David C. Bury
United States District Judge